IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:18 CR 475 |
| Plaintiff, | ORDER ADOPTING |
| -vs- | REPORT AND RECOMMENDATION |
| Andrew Jonathan Hillman, et al., | JUDGE JACK ZOUHARY |
| Defendants. | |

Non-Party Aubree Narosov filed a Petition requesting the return of seized funds (Doc. 70). Magistrate Judge Renee Toliver issued a Report and Recommendation ("R&R") (Doc. 145), which concludes the Petition should be dismissed with prejudice because the parties settled (Doc. 90). No objections have been filed; this Court adopts the R&R. The Petition (Doc. 70) is dismissed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

July 27, 2020