IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

United States of America,                    Case No. 3:18 CR 475

                            Plaintiff,        ORDER ADOPTING
            -vs-                              REPORT AND RECOMMENDATION

Andrew Jonathan Hillman, et al.,             JUDGE JACK ZOUHARY

                            Defendants.


Non-Party Beverly Hillman filed a "Notice of Claim" requesting the return of seized funds (Doc. 57). The Government moved to dismiss (Doc. 64). Magistrate Judge Renee Toliver later issued a Report and Recommendation ("R&R") (Doc. 192), which concludes the Government's Motion should be granted. No objections have been filed.

This Court reviewed the R&R and adopts its findings. Accordingly, the Motion to Dismiss (Doc. 64) is granted, and the Notice of Claim (Doc. 57) is dismissed.

IT IS SO ORDERED.

                                    s/ Jack Zouhary
                            JACK ZOUHARY
                            U.S. DISTRICT JUDGE

                            July 27, 2020