IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | NO. 3:18-CR-475-JJZ |
| ANDREW JONATHAN HILLMAN (01) | |
| Defendant. | |

# FINAL ORDER OF FORFEITURE

Before the court is the government's unopposed motion for a final order of forfeiture. After consideration, the court determines the motion should be and is hereby granted. Pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b), the court previously entered a Preliminary Order of Forfeiture forfeiting the following property:

a. $52,180.98 seized from Frost Bank Account #XXX1871 in the name of Andrew or Erin Hillman;
b. $116,732.63 seized from Frost Bank Account #XXXX9375 in the name of Advanced Total Management d/b/a US Healthcare;
c. $25,424.63 seized from Frost Bank Account #XXXX0047 in the name of Energized, LLC;
d. $11,471.29 seized from Frost Bank Account #XXXX2507 in the name of Pinnacle, LLC;
e. $1,603.38 seized from Frost Bank Account #XXXX1863 in the name of Andrew or Erin Hillman;
f. $755.55 seized from Frost Bank Account #XXXX9480 in the name of Executive Healthcare, LLC, Executive Compensation;
g. $267.15 seized from Frost Bank Account #XXXX9979 in the name of Executive Healthcare, LLC d/b/a The Apothecary Shop #7;
h. $2,982.05 seized from Frost Bank Account #XXXX0004 in the name of Optimized, Inc.;
i. $163.54 seized from Frost Bank Account #XXXX0012 in the name of Optimized, Inc.;
j. $3,270.72 seized from Frost Bank Account #XXXX0020 in the name of Maximized, LLC, Operating Account;
k. $245.00 seized from Frost Bank Account #XXXX0055 in the name of Energized, LLC;

    l. $930.83 seized from Frost Bank Account #XXXX1906 in the name of Andrew or Erin Hillman;
    m. $2,221.82 seized from Frost Bank Account #XXXX2902 in the name of Total Pharma, LLC;
    n. $973.05 seized from Frost Bank Account #XXXX9352 in the name of Pharma Holdings US, Ltd d/b/a Untied Pharmacy Group, Operating;
    o. $476.05 seized from Frost Bank Account #XXXX0369 in the name of Community Express Pharmacy, LLC;
    p. $1,114.88 seized from Frost Bank Account #XXXX8841 in the name of Andrew Hillman Construction Account;
    q. $109.43 seized from BB&T Bank Account #XXXX5856 in the name of Forney Pharma, LLC Operating Account;
    r. $1,046.09 seized from BB&T Bank Account # XXXX5872 in the name of Legacy Pharmacy, LLC, Operating Account;
    s. $20.01 seized from BB&T Bank Account #XXXX6003 in the name of Total Pharma, LLC;
    t. $2,208.12 seized from BB&T Bank Account #XXXX6089 in the name of Dallasite, Inc., Operating Account;
    u. $59,940.54 seized from BB&T Bank Account #XXXX2218 in the name of Next Health, LLC, Operating Account;
    v. $5,440.71 seized from BB&T Bank Account #XXXX 5929 in the name of Meyerland Pharmacy, Operating Account;
    w. $15,182.27 seized from BB&T Bank Account #XXXX5945 in the name of Parkwood Pharmacy, LLC, Operating Account;
    x. $1,712,417.73 seized from BB&T Bank Account #XXXX5988 in the name of Pharma Holdings US, LTD, Operating Account;
    y. $954,614.56 seized from BB&T Bank Account #XXXX6046 in the name of Pham Family Pharmacy, Inc., Operating Account;
    z. $25,888.63 seized from BB&T Bank Account #XXXX6100 in the name of Pinnacle Pharma, LLC, Operating Account;
    aa. $1.00 seized from each of BB&T Bank Accounts #XXXX6054, Pham Family Pharmacy, Inc. Collections; #XXXX6097 Pinnacle Pharma, LLC Collections; #XXXX5775 Community Express Pharmacy, LLC; and #XXXX5937 Meyerland Pharmacy, LLC Collection;

    bb. One 2015 Ford F-150, VIN: 1FTEW1EG9FFC92365;
    cc. One 2016 Bentley GTC, VIN: SCBGH3ZA8GC052993; and
    dd. One 2017 Rolls Royce Dawn, VIN: SCA666D50HU102668.

The Court finds that the defendant had an interest in the property that is forfeitable under 21 U.S.C. § 853(a) and 18 U.S.C. § 982 and 28 U.S.C. § 2461(c), and the court has entered a written judgment of conviction against the defendant that included the forfeiture order. The defendant has not appealed the judgment.

Notice of forfeiture of the property has been properly published, and the time for filing petitions under 21 U.S.C. § 853(n)(2) has expired. All claims or petitions have been adjudicated or settled. Taking into account those adjudications and settlements:

It is THEREFORE ORDERED and ADJUDGED that all right, title, and interest to the following property is hereby condemned and forfeited to and vested in the government, and the United States Marshal's Service, and/or their respective agents or assignees, shall dispose of the property according to law:

a. $52,180.98 seized from Frost Bank Account #XXX1871 in the name of Andrew or Erin Hillman;
b. $116,732.63 seized from Frost Bank Account #XXXX9375 in the name of Advanced Total Management d/b/a US Healthcare;
c. $25,424.63 seized from Frost Bank Account #XXXX0047 in the name of Energized, LLC;
d. $11,471.29 seized from Frost Bank Account #XXXX2507 in the name of Pinnacle, LLC;
e. $1,603.38 seized from Frost Bank Account #XXXX1863 in the name of Andrew or Erin Hillman;
f. $755.55 seized from Frost Bank Account #XXXX9480 in the name of Executive Healthcare, LLC, Executive Compensation;
g. $267.15 seized from Frost Bank Account #XXXX9979 in the name of Executive Healthcare, LLC d/b/a The Apothecary Shop #7;
h. $2,982.05 seized from Frost Bank Account #XXXX0004 in the name of Optimized, Inc.;
i. $163.54 seized from Frost Bank Account #XXXX0012 in the name of Optimized, Inc.;
j. $3,270.72 seized from Frost Bank Account #XXXX0020 in the name of Maximized, LLC, Operating Account;
k. $245.00 seized from Frost Bank Account #XXXX0055 in the name of Energized, LLC;
l. $930.83 seized from Frost Bank Account #XXXX1906 in the name of Andrew or Erin Hillman;
m. $2,221.82 seized from Frost Bank Account #XXXX2902 in the name of Total Pharma, LLC;
n. $973.05 seized from Frost Bank Account #XXXX9352 in the name of Pharma Holdings US, Ltd d/b/a Untied Pharmacy Group, Operating;
o. $476.05 seized from Frost Bank Account #XXXX0369 in the name of Community Express Pharmacy, LLC;
p. $1,114.88 seized from Frost Bank Account #XXXX8841 in the name of Andrew Hillman Construction Account;
q. $109.43 seized from BB&T Bank Account #XXXX5856 in the  name of Forney Pharma, LLC Operating Account;

r. $1,046.09 seized from BB&T Bank Account # XXXX5872 in the name of Legacy Pharmacy, LLC, Operating Account;
s. $20.01 seized from BB&T Bank Account #XXXX6003 in the name of Total Pharma, LLC;
t. $2,208.12 seized from BB&T Bank Account #XXXX6089 in the name of Dallasite, Inc., Operating Account;
u. $59,940.54 seized from BB&T Bank Account #XXXX2218 in the name of Next Health, LLC, Operating Account;
v. $5,440.71 seized from BB&T Bank Account #XXXX 5929 in the name of Meyerland Pharmacy, Operating Account;
w. $15,182.27 seized from BB&T Bank Account #XXXX5945 in the name of Parkwood Pharmacy, LLC, Operating Account;
x. $37,417.73 seized from BB&T Bank Account #XXXX5988 in the name of Pharma Holdings US, LTD, Operating Account;
y. $894,614.56 seized from BB&T Bank Account #XXXX6046 in the name of Pham Family Pharmacy, Inc., Operating Account;
z. $25,888.63 seized from BB&T Bank Account #XXXX6100 in the name of Pinnacle Pharma, LLC, Operating Account;
aa. $1.00 seized from each of BB&T Bank Accounts #XXXX6054, Pham Family Pharmacy, Inc. Collections; #XXXX6097 Pinnacle Pharma, LLC Collections; #XXXX5775 Community Express Pharmacy, LLC; and #XXXX5937 Meyerland Pharmacy, LLC Collection;

bb. One 2015 Ford F-150, VIN: 1FTEW1EG9FFC92365;
cc. One 2016 Bentley GTC, VIN: SCBGH3ZA8GC052993; and
dd. One 2017 Rolls Royce Dawn, VIN: SCA666D50HU102668.

It is further ORDERED and ADJUDGED that pursuant to the publicly-filed agreements:

- $1,675,000.00 from BB&T account x5988, less any debt owed to the United States, any agency of the United States, or any other debt the United States is authorized to collect, will be released to Petitioner Healthcare Investor Partners, LLC.

- $60,000.00 from BB&T account x6046, less any debt owed to the United States, any agency of the United States, or any other debt the United States is authorized to collect, will be released to Petitioner Wellgistics, LLC.

**SO ORDERED.**

Signed this 1st day of October, 2020.

                                                                       s/ Jack Zouhary
                                                                       **JACK ZOUHARY**
                                                                       **UNITED STATES DISTRICT JUDGE**